No. A–805. WARD *v.* ROY H. PARK BROADCASTING CO., INC., ET AL. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C.

Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.